AO 455 (REV. 5/85) Waiver of Indictment

FILED by _____ D.C.

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

SEP 21 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

**Bradley Hertz**
_____/

**WAIVER OF INDICTMENT**

CASE NUMBER **00 - 6207**

CR - DIMITROULEAS

I, Bradley Hertz, the above named defendant, who is accused of conspiracy to defraud ate MAGISTRATE JUDGE SNOW department and agency of the United States, in violation of Title 18, United States Code, Section 286, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on $9-21-00$ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Bradley Hertz
Defendant

_____
Michael J. Rosen
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE

5