

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6207-CR-WPD

UNITED STATES OF AMERICA

vs

BRADLEY HERTZ

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on September 21, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: _Refer to Bond_

Telephone: _____

DEFENSE COUNSEL: Name: _Michael J. Rosen_

Address: _2400 S. Dixie Highway_

_Miami, Florida 33133_

Telephone: _305-858-9700_

BOND SET/CONTINUED: $ _100,000.00 - Personal Surety_

Bond hearing held: yes____ no _X_ Bond hearing set for_____

Dated this _21st_ day of _September_, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _[signature]_
Deputy Clerk

Tape No. _00-50_

cc: Copy for Judge
    U. S. Attorney