# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by _____ D.C.
SEP 2 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT: Bradley Hertz (surrender) present   CASE NO: 00-6207-CR-Dimitrouleas
AUSA: Bob Nicholson      ATTY: Mike Rosen
AGENT: _____              VIOL: 18:286
PROCEEDING: Initial Appearance   RECOMMENDED BOND: PSB
BOND HEARING HELD - yes / no     COUNSEL APPOINTED: _____
BOND SET @: $100,000.00          To be cosigned by:

- Waiver of Indictment executed
- Reading of Indictment Waived
- Not Guilty Plea entered
- Jury trial Demanded.
- Standing Discovery Order requested.

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.

- Defendant Released.

☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew: _____
☑ Travel extended to: Continental U.S.A. and Puerto Rico
☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9-21-00   TIME: 11:00am   FTL/LSS TAPE # 00-050   Begin _____ End _____