UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal = 55466-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6207-CR-WPD
                          ) REPORT COMMENCING CRIMINAL
        -vs-              )         ACTION
                          )
BRADLEY LEWIS HERTZ       )
            Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".  SELF SURR

(1) Date and Time of Arrest: 9-21-00        am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FRAUD MEDICARE

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 4-19-54

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 9-21-00  (9) Arresting Officer: S.P. O'NEIL

(10) Agency: FBI        (11) Phone: _____

(12) Comments: _____