UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　CASE NO. 00-6207-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

BRADLEY HERTZ,

　　　　Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before the Court on Defendant's October 13, 2000 Unopposed Motion For Continuance of Trial [DE-28], and the Court noting that no proposed order or envelopes, as required by Local Rule 7.1A4 and 7.1A2 were provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without prejudice to renew at the Calendar Call. Additionally, the court case number is 00-6207-CR.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of October, 2000.

　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Michael Rosen, Esquire
2400 S. Dixie Highway, #105
Miami, FL 33133

Robert Nicholson, AUSA

