## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED BY ___ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6207-CR-WPD    DATE: October 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Bradley Hertz

U.S. ATTORNEY: Robert Nicholson    DEFT. COUNSEL: Michael Rosen

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft renews motion for Continuance. Gov't joins in request for continuance. Court grants continuance. And resets case + finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 1/12/01    TIME: 9:00    FOR: Cal Call
MISC: 1/19/01    trial period

