**CRIMINAL MINUTES**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6207-CR-WPD    DATE: December 7, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Bradley Hertz

U.S. ATTORNEY: Robert Nicholson    DEFT. COUNSEL: Michael Rosen
                                                    Ben Weintraub

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft Sworn + Questioned by
the Court. Deft to Enter Guilty plea to
1 Count Information
Court accepts Guilty plea.

_____

_____

_____

CASE CONTINUED TO: 7/16/01    TIME: 10.30    FOR: Sentencing

MISC: Written plea agreement filed.