UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6207-DIMITRIOULEAS

------------------------------------------------X

UNITED STATES OF AMERICA,
          Plaintiff,

--Vs,--

BRADLEY HERTZ,

          Defendant.

------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benson B. Weintraub, Esq. hereby enters an appearance as co-counsel of record on behalf of the referenced defendant for sentencing only.

Respectfully submitted,

**BENSON B. WEINTRAUB, PA**
Co-Counsel for Defendant
1 East Broward Blvd. # 700
Ft. Lauderdale, FL. 33301
Tel. 954 713 8018
Fax 954 713 8019

http://federalsentencing.net

By: _____
**BENSON B. WEINTRAUB**
Florida Bar No. 0486418



**MICHAEL J. ROSEN, PA**
Attorney for Defendant
2400 South Dixie Hwy. #105
Miami, FL. 33133
Tel. 305 858-9700
Fax 305 858-7299

### CERTIFICATE OF SERVICE

I CERTIFY that the foregoing notice was delivered by mail this 19th day of December 2000 to: ROBERT NICHOLSON, AUSA 500 East Broward Blvd. 7th Floor, Ft. Lauderdale, FL. 33301 and FRANCIS WEISBURG, USPO 299 East Broward Blvd. Ft. Lauderdale, FL. 33301

2