**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*CR*
**Case No. 00-6207-DIMITRIOULEAS**

---------------------------------------------------X

**UNITED STATES OF AMERICA,**
**Plaintiff,**

--Vs.--

**BRADLEY HERTZ,**

**Defendant.**
---------------------------------------------------X

## UNOPPOSED MOTION TO MODIFY
## CONDITIONS OF RELEASE

Defendant, Bradley Hertz, by and through under signed counsel, respectfully moves this Honorable Court pursuant to 18 U.S.C. 3142(c)(3) for an order modifying the conditions of release. As reasons and grounds, defendant states:

1. Defendant is charged with and plead guilty to a single count of conspiracy to submit a false claim to Medicare and was released on a $100,000 Personal Surety Bond.

2. Sentencing is scheduled for February 16, 2001.

3. Defendant seeks leave of Court to change his current address



and to reside at: 19667 Turnberry Way Drive, Apartment 24B in Aventura, FL. 33180.

4. Undersigned counsel has discussed this matter with Robert Nicholson, AUSA and the government has no objection to granting the requested relief.

WHEREFORE, for the foregoing reasons, it is respectfully prayed that an order issue granting the requested relief.

Respectfully submitted,

**BENSON B. WEINTRAUB, PA**
Co-Counsel for Defendant
1 East Broward Blvd. # 700
Ft. Lauderdale, FL. 33301
Tel. 954 713 8018
Fax 954 713 8019
http://federalsentencing.net

By: _____
**BENSON B. WEINTRAUB**
Florida Bar No. 0486418

**MICHAEL J. ROSEN, PA**
Attorney for Defendant
2400 South Dixie Hwy. #105
Miami, FL. 33133
Tel. 305 858-9700
Fax 305 858-7290

_____
**MICHAEL J. ROSEN**
Florida Bar No. 183719

2

**CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing notice was delivered by mail this 19th day of January ~~29~~ 30, 2001 to: ROBERT NICHOLSON, AUSA 500 East Broward Blvd. 7th Floor, Ft. Lauderdale, FL. 33301 and FRANCES WEISBURG, USPO 299 East Broward Blvd. #409 Ft. Lauderdale, FL. 33301.

3