**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6207-DIMITRIOULEAS

---------------------------------------------X

UNITED STATES OF AMERICA,
            Plaintiff,

--Vs.—

BRADLEY HERTZ,

           Defendant.
---------------------------------------------X

## ORDER

THIS MATTER AROSE UPON Defendant's Unopposed Motion to Modify Conditions of Release. Upon consideration of the motion and all previous pleadings and proceedings had herein, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED. It is further

ORDERED and ADJUDGED that defendant's conditions of release are modified to permit residence at 19667 Turnberry Way Drive, Apartment 24B, Aventura, FL. 33180.

DONE and ORDERED in chambers this ___ day of February, 2001.



Hon. William P. Dimitrouleas
US District Judge

Copies Furnished:

Benson B. Weintraub, Esq.
Michael J. Rosen, Esq.
Robert Nicholson, AUSA
Frances Weisburg, USPO