## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6307-Cr-WPD    DATE: February 15, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Bradley Hertz

U.S. ATTORNEY: Steve Petri for    DEFT. COUNSEL: Michael Rosen
Robert Nicholson                                   Benson Weintraub

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
BOP for 1 year & 1 day. 3 years supervised
release. $100.00 Assessment, $30,000 fine.
$120,000.00 Restitution Joint & Several liability
to be paid over period of supervised release.

Court recommends Fed Prison Camp in Miami.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: W-1 Karen Krieger, Clinical social worker
W-2 Deft's Sister
Deft Informed of Right to Appeal.