FILED BY _____

2001 MAR -1 PM 4:17

CLERK U.S. DIST.
S.D. OF FLA-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  00-6207-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| BRADLEY HERTZ, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | February 15, 2001 |
| | ) | 10:34 a.m. |

EXCERPT

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff | STEVEN PETRI, ESQ.<br>Assistant U.S. Attorney<br>500 East Broward Boulevard<br>7th Floor<br>Fort Lauderdale, Florida  33394 |
| For the Defendant | BENSON WEINTRAUB, ESQ.<br>One East Broward Boulevard<br>Suite 700<br>Fort Lauderdale, Florida  33301 |
| Reporter | ROBERT A. RYCKOFF<br>Official Court Reporter<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida  33301<br>954-769-5657 |

THIS VOLUME:
Pages 1 - 5

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**