# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | *(For Offenses Committed On or After November 1, 1987)* |
| BRADLEY HERTZ | **Case Number:  0:00-06207-01-CR-WPD** |

Counsel For Defendant: **Benson Weintraub, Esq.**
Counsel For The United States: **Robert Nicholson, AUSA**
Court Reporter: **Robert Ryckoff**

**THE DEFENDANT:**

[X] **pleaded guilty to count(s)**  One

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] Was found guilty on count(s) _____ after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 286 | **Conspiracy to Submit False Claims Against the United States** | 02/28/1997 | One |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ (Is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **04/19/1954**
Defendant's USM Number: **55466-004**

Defendant's Residence Address:
  19667 Turnberry Way Drive, Suite 24

  Aventura, FL 33180

Defendant's Mailing Address:
  Federal Detention Center
  33 NE 4th Street
  Miami, FL 33132

**February 15, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
**United States District Judge**

Date: _____

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

USDC FLSD 245B (Rev 9/00) Sheet 2 - Imprisonment

DEFENDANT: **HERTZ, BRADLEY**
CASE NUMBER: **0:00-06207-01-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 Months and One (1) Day.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** Designation to Federal Prison Camp in Miami, Florida.

[X] *The defendant is remanded to the custody of the United States Marshal.*

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] At      A.m. / p.m. on

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] Before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  5·31·01  To  BOP  FCI  Miami

at  Miami, FL , with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By Tina Nolan, Lee
~~Deputy~~ U.S. ~~Marshal~~