UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRADLEY HERZ,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

CASE NO. 01-7084-CIV-DIMITROULEAS
(00-6207-CR-DIMITROULEAS)

FILED by _____ D.C.

JUN 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER VACATING REFERENCE TO MAGISTRATE

THIS CAUSE having been heard upon the Court's own motion and the Court noting that the clerk has assigned Judge Sorrentino to this case [DE-3], and it appears that this collateral attack stems from a criminal case handled by the undersigned; therefore; it would be a waste of judicial resources to utilize the services of a magistrate on this case. The reference is withdrawn.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 29 day of June, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bradley Herz, #55466-004
F.C.I.
P.O. Box 779800
Miami, FL 33177

Honorable Charlene Sorrentino, US Magistrate Judge

U.S. Attorney's Office

