FILED BY_____D.C.

04 APR -7 AM 3: 42

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                    CASE NO.00-6207-CR-WPD

Bradley Hertz
    Defendant.                **SATISFACTION OF JUDGMENT**

_____/

The Assessment, in the amount of **$100.00** and the Fine in the amount of **$30,000.00** and Restitution in the amount of **$120,000.00** having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Respectfully Submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Date: July 31, 2003.        By: Elizabeth Ruf Stein
                                        Assistant U.S. Attorney

This Instrument Was Prepared By:    Elizabeth Ruf Stein
                                                   99 N.E. Fourth Street
                                                   Miami, Florida  33132
                                                   Tel: (305) 961-9394
                                                   Fla. Bar No. 354945

